# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 19-MJ-971 |
| | ) | |
| TROY LIVINGSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## CONTINUANCE OF GRAND JURY PRESENTMENT
## AND REQUEST FOR ORDER TOLLING SPEEDY TRIAL TIME COMPUTATION

1.      I am the defendant in this criminal proceeding.

2.      I understand that I have a right to have my case presented to a grand jury within thirty (30) days of my arrest pursuant to 18 U.S.C. §3161(b).

3.       I hereby request a continuance of grand jury presentment for an additional period not to exceed 60 days from the date of arrest, for a total of 90 days. I understand the additional 60 days will be excluded for purposes determining compliance with speedy indictment provision of 18 U.S.C. § 3161(b). I further request that an Order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4.      In exchange for my waiver, the government will provide pre-indictment discovery. Continuing the grand jury presentment will also allow my attorney to attempt to negotiate a pre-indictment plea agreement with the government, whose terms may be more favorable than those of an agreement offered after indictment. An expeditious pre-indictment resolution outweighs the public's interest in a speedy indictment and trial as it would conserve valuable judicial, prosecutorial, and law enforcement resources.

1

5.     I understand that if I cannot reach an agreement with the government, my case will be presented to the grand jury at a later date, consistent with this waiver.

6.     Assistant United States Attorney David Cowen is in agreement with this request.

Date: __4-17-19_____          _____
                                   Troy Livingston
                                   Defendant


I have reviewed the foregoing document with my client and represent to the Court that he understands it.   I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

                                   _____
                                   Mallory Gagan
                                   Attorney for Defendant

2