IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 29 2020
MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-316 WJ |
| vs. | ) 18 U.S.C. §§ 1153 and 1111: First Degree Murder. |
| **TROY LIVINGSTON**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about April 6, 2019, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **TROY LIVINGSTON**, an Indian, unlawfully killed Jane Doe with malice aforethought, in that the defendant killed Jane Doe willfully, deliberately, maliciously, and with premeditation, by beating Jane Doe with his hands, feet, and a flashlight.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/15/16   10:10 am