# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 20cr316 WJ | UNITED STATES vs. Livingston | |
| Hearing Date: | 2/5/2020 | Time In and Out: | 9:33 a.m./9:35 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Digital Recording: | Rio Grande |
| Defendant: | Troy Livingston | Defendant's Counsel: | Theresa Duncan |
| AUSA: | David Cowen | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, February 25, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge   ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐