IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      **Plaintiff,**

      vs.                                                       No. 20-cr-0316 WJ

**TROY LIVINGSTON,**

      **Defendant.**

## DEFENDANT TROY LIVINGSTON'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

Pursuant to Fed. R. Crim. P. 16(b)(1)(C), Defendant Troy Livingston respectfully gives notice of his intention to call Dr. Simone Viljoen as an expert witness at trial. Dr. Viljoen is a forensic psychologist who will provide "expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on … (1) the issue of guilt." Fed. R. Crim. P. 12.2(b)(1). The defense expects Dr. Viljoen to testify consistently with her report, which the defense disclosed to the United States on April 13, 2020. Dr. Viljoen's CV, as well as the documents on which she relied in reaching her opinions, will be disclosed to the United States shortly.

      Respectfully submitted,

      /s/ Theresa M. Duncan
      Theresa M. Duncan
      Duncan Earnest, LLC
      515 Granite NW
      Albuquerque, NM 87102
      505-842-5196
      teri@duncanearnest.com

      *Attorney for Troy Livingston*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 14th day of April 2020, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                   /s/ Theresa M. Duncan
                                                   Theresa M. Duncan