FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 04 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. CR 20-316 WJ |
| vs. ) | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| TROY LIVINGSTON, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about April 6, 2019, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, TROY LIVINGSTON, an Indian, unlawfully killed Jane Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

JOHN C. ANDERSON
United States Attorney

DAVID P. COWEN
FREDERICK MENDENHALL
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274