## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                            No. 20-cr-0316 WJ

TROY LIVINGSTON,

      Defendant.

### <u>NOTICE OF APPEAL</u>

Defendant Troy Livingston hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment and sentence pronounced and imposed in open court on September 8, 2021 and filed on September 13, 2021 (ECF No. 80).

Counsel is appointed under the CJA. Mr. Livingston therefore requests that the filing fee for this appeal be waived as he is indigent.

                          Respectfully submitted,

                          <u>/s/ Theresa M. Duncan</u>
                          Theresa M. Duncan
                          Duncan Earnest LLC
                          515 Granite NW
                          Albuquerque, NM 87102
                          505-842-5196
                          teri@duncanearnest.com

                          Attorney for Defendant Troy Livingston

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on all parties by operation of the Court's CM/ECF electronic filing system and pursuant to the CM/ECF Administrative Procedures Manual §§1(a), 7(b)(2), on September 20, 2021.

/s/ Theresa M. Duncan
Theresa M. Duncan